IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 1:08-cv-4235 |
| | ) | Case No. 1:08-cv-4229 |
| Resource Technology Corporation, | ) | |
| | ) | Appeal from Bankr. Case |
| Debtor. | ) | No. 99 B 35434 |

## MOTION TO CONSOLIDATE RELATED ACTIONS

Jay A. Steinberg, not individually but solely as Chapter 7 Trustee (the "Chapter 7 Trustee") for the Estate of Resource Technology Corporation (the "Estate"), by and through his counsel, moves this Court pursuant to Rule 42(a) of the Federal Rules of Civil Procedure to consolidate the above-captioned cases. In support of his motion, the Chapter 7 Trustee states:

1. These actions come before the Court in connection with an appeal from a Chapter 7 bankruptcy proceeding pending in the United States Bankruptcy Court for the Northern District of Illinois, captioned *In re: Resources Technology Corporation*, Case No. 99 B 35434 (the "Bankruptcy Proceeding"). The actions have been docketed as Case Nos. 1:08-cv-4229 and 1:08-cv-4235 (the "Ungaretti Actions").

2. The appellant in the Ungaretti Actions is Ungaretti & Harris, LLP ("Ungaretti").

3. The Ungaretti Actions both pertain to the same appeal of the same Order Directing Disgorgement of Fees (the "Disgorgement Order"), entered by the Bankruptcy Court on June 17, 2008, granting the Chapter 7 Trustee's Motion for Order Directing Disgorgement of Fees.

4. Ungaretti filed its Notice of Appeal from the Disgorgement Order on June 26, 2008. On July 25, 2008, the Bankruptcy Court transmitted the record on appeal to this Court, and the appeal was assigned Case Number 1:08-cv-4229.

5.  Also on July 25, 2008, Ungaretti filed the Emergency Motion of Ungaretti & Harris, LLP to Stay Disgorgement Pending Resolution of Appeal (the "Motion to Stay"), seeking a stay of the Disgorgement Order pending the resolution of its appeal. The Motion to Stay was assigned a separate Case Number, 1:08-cv-4235.

6.  Both of the Ungaretti Actions have been assigned to the Honorable Matthew F. Kennelly.

7.  Both of the Ungaretti Actions involve two different facets of the same essential question: Whether the Bankruptcy Court correctly ordered Ungaretti to disgorge to the Chapter 7 Trustee the sum of $376,235.54, pursuant to Sections 105 and 726 of the Bankruptcy Code. Case Number 1:08-cv-4229 will determine through appellate review whether the Bankruptcy Court properly entered the Disgorgement Order, whereas Case Number 1:08-cv-4235 will determine whether Ungaretti can satisfy the elements necessary to obtain a stay of the Disgorgement Order while Case Number 1:08-cv-4229 is pending.

8.  Rule 42(a) of the Federal Rules of Civil Procedure provides, in relevant part: "**(a) Consolidation.** If actions before the court involve a common question of law or fact, the court may: * * * (2) consolidate the actions[.]"

9.  The Ungaretti Actions involve common questions of law and fact. Both relate to the same Disgorgement Order of the Bankruptcy Court, both require an examination of the merits of the Disgorgement Order, and both involve common issues of law and fact regarding whether the Bankruptcy Court erred in its decision that the evidence pertaining to Ungaretti's collection of the fees at issue required disgorgement under Sections 105 and 726 of the Bankruptcy Code.

10.     In light of the complete overlap of issues of law and fact involved in the Ungaretti Actions, the actions should be consolidated into a single proceeding in accordance with Rule 42(a).

WHEREFORE, Jay A. Steinberg, not individually but solely as Chapter 7 Trustee, respectfully requests that this Court enter an Order: (1) consolidating the Ungaretti Actions; and (2) granting such other and further relief as the Court deems necessary and appropriate. A proposed Order is included with this Motion as **Exhibit 1**.

Dated: July 28, 2008                **Jay A. Steinberg, not individually but solely as Chapter 7 Trustee for Resource Technology Corporation**

By:     /s Gregory E. Ostfeld

James G. Richmond
Gregory E. Ostfeld
GREENBERG TRAURIG, LLP
77 West Wacker Drive, Suite 2500
Chicago, Illinois 60601
(312) 456-8400

# Exhibit 1

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 1:08-cv-4235 |
| | ) | Case No. 1:08-cv-4229 |
| Resource Technology Corporation, | ) | |
| | ) | Appeal from Bankr. Case |
| Debtor. | ) | No. 99 B 35434 |

## ORDER

This matter coming on the Chapter 7 Trustee's Motion to Consolidate Related Actions, IT IS HEREBY ORDERED:

1. The Court GRANTS the Motion to Consolidate Related Actions.

2. Case Numbers 1:08-cv-4229 and 1:08-cv-4235 are hereby consolidated in accordance with Rule 42(a) of the Federal Rules of Civil Procedure.

Dated: July ___, 2008

_____

Judge Presiding

*CHI 57,383,549v1 7-28-08*