IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 1:08-cv-4235 |
| | ) | Case No. 1:08-cv-4229 |
| Resource Technology Corporation, | ) | |
| | ) | Appeal from Bankr. Case |
| Debtor. | ) | No. 99 B 35434 |

**NOTICE OF MOTION**

TO:   Bruce L. Wald
      Jeffrey B. Rose
      Natalia K. Rzepka
      Tishler & Wald, Ltd.
      200 S. Wacker Dr.
      Suite 3000
      Chicago, Illinois 60606

PLEASE TAKE NOTICE that on Tuesday, July 29, 2008, at 9:30 a.m., we shall appear before Judge Matthew F. Kennelly, or any judge sitting in his stead, in Courtroom 2103 at 219 S. Dearborn, Chicago, Illinois, and present the Chapter 7 Trustee's **MOTION TO CONSOLIDATE RELATED ACTIONS**, a copy of which is hereby served upon you.

Dated: July 28, 2008

**Jay A. Steinberg not individually but
solely as Chapter 7 Trustee for
Resource Technology Corporation**

By:   /s Gregory E. Ostfeld
      _____
      James G. Richmond
      Gregory E. Ostfeld
      GREENBERG TRAURIG, LLP
      77 West Wacker Drive, Suite 2500
      Chicago, Illinois 60601
      (312) 456-8400

*CHI 57,373,807v1 7-27-08*

**CERTIFICATE OF SERVICE**

    I, Gregory E. Ostfeld, an attorney, hereby certify that on July 28, 2008, I filed with the United States District Court for the Northern District of Illinois, Eastern Division, the **NOTICE OF MOTION**, **MOTION TO CONSOLIDATE RELATED ACTIONS** and **CERTIFICATE OF SERVICE**, a true and correct copy of which are attached hereto and sent via messenger delivery to:

Bruce L. Wald
Jeffrey B. Rose
Natalia K. Rzepka
Tishler & Wald, Ltd.
200 S. Wacker Dr.
Suite 3000
Chicago, Illinois 60606

                                                          /s/ Gregory E. Ostfeld
                                                                 Gregory E. Ostfeld