IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: ) | |
| ) | Case No. 1:08-cv-4229 |
| Resource Technology Corporation, ) | |
| ) | Appeal from Bankr. Case |
| Debtor. ) | No. 99 B 35434 |

## MOTION TO SUPPLEMENT RECORD ON APPEAL

Jay A. Steinberg, not individually but solely as Chapter 7 Trustee (the "Chapter 7 Trustee") for the Estate of Resource Technology Corporation (the "Estate"), by and through his counsel, moves this Court pursuant to Federal Rule of Bankruptcy Procedure 8006, for leave to supplement the record on appeal transmitted to this Court on July 25, 2008 in connection with the Notice of Appeal filed by Ungaretti & Harris, LLP [Bankr. D.I. No. 4319][1] from the Order Directing Disgorgement of Fees entered by the Bankruptcy Court on June 17, 2008 [Bankr. D.I. No. 4313]. In support of its motion, the Estate states:

1. On June 26, 2008, Ungaretti & Harris, LLP ("Ungaretti") filed its Notice of Appeal [Bankr. D.I. No. 4319] from the Order Directing Disgorgement of Fees entered by the Bankruptcy Court on June 17, 2008 [Bankr. D.I. No. 4313].

2. On July 1, 2008, Ungaretti filed its Motion for Extension Of Time To File Designation Of The Content Of The Record On Appeal And Statement Of Issues To Be Presented On Appeal [Bankr. D.I. No. 4325] (the "Motion for Extension"), requesting an extension until July 21, 2008 to file its record designations and its statement of issues to be presented on appeal pursuant to Federal Rule of Bankruptcy Procedure 8006.

---

[1] References to electronic filings before the Bankruptcy Court in the underlying bankruptcy proceeding, *In re Resource Technology Corporation*, Bankr. Case No. 99 B 35434, are presented herein using the citation format, "[Bankr. D.I. No. _____]."

*CHI 57,406,024v1 8-1-08*

3. The Bankruptcy Court granted the Motion for Extension by Order dated July 15, 2008 and entered July 16, 2008 [Bankr. D.I. No. 4337].

4. On July 21, 2008, Ungaratti filed its Designation of Contents for Inclusion in Record on Appeal [Bankr. D.I. No. 4350] and its Statement of Issues on Appeal [Bankr. D.I. No. 4352].

5. In accordance with Federal Rule of Bankruptcy Procedure 8006, the Estate had ten (10) days following Ungaretti's filing of its designation of contents for inclusion in the record on appeal to file the Estate's designation of additional items for inclusion in the record on appeal.

6. On July 25, 2008, notwithstanding that the time had not yet expired for the Estate to file its designation of additional items for inclusion in the record on appeal, the Bankruptcy Court Clerk transmitted the record on appeal associated with Ungaretti's Notice of Appeal to the District Court, where the appeal was assigned Case Number 08-04229 [Bankr. D.I. No. 4357].

7. On July 31, 2008, the Estate timely filed its Designation of Items for Record on Appeal Re: The Appeal Filed by Ungaretti & Harris, LLP [Bankr. D.I. No. 4358] (the "Estate Designations").

8. Because the Estate timely filed the Estate Designations within the time prescribed by Federal Rule of Bankruptcy Procedure 8006, but after the Bankruptcy Court Clerk transmitted the record on appeal to this Court, the Estate respectfully requests that it be granted leave to supplement the record on appeal herein to include the items identified in the Estate Designations.

WHEREFORE, for the reasons set forth herein, the Estate respectfully requests that this Court enter an Order: (1) granting the Estate leave to supplement the record on appeal to include the items identified in the Estate Designations; (2) directing the Clerk to accept the items

designated in the Estate Designations as part of the record on appeal in Case Number 08-04229;

and (3) granting such other and further relief as the Court deems necessary and appropriate.

| | |
|---|---|
| Dated: August 1, 2008 | **THE CHAPTER 7 ESTATE OF RESOURCE TECHNOLOGY CORPORATION, BY AND THROUGH JAY A. STEINBERG, NOT INDIVIDUALLY BUT SOLELY IN HIS CAPACITY AS CHAPTER 7 TRUSTEE** |
| | By:   /s Gregory E. Ostfeld |
| Barry A. Chatz | James G. Richmond |
| George P. Apostolides | Gregory E. Ostfeld |
| ARNSTEIN & LEHR, LLP | GREENBERG TRAURIG, LLP |
| 120 S. Riverside Plaza, Suite 1200 | 77 West Wacker Drive, Suite 2500 |
| Chicago, Illinois 60606 | Chicago, Illinois 60601 |
| (312) 876-7100 | (312) 456-8400 |
| Fax: (312) 876-0288 | Fax: (312) 456-8435 |