IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 1:08-cv-4229 |
| Resource Technology Corporation, | ) | |
| | ) | Appeal from Bankr. Case |
| Debtor. | ) | No. 99 B 35434 |

## NOTICE OF MOTION

TO:   Bruce L. Wald
    Jeffrey B. Rose
    Natalia K. Rzepka
    Tishler & Wald, Ltd.
    200 S. Wacker Dr.
    Suite 3000
    Chicago, Illinois 60606

    PLEASE TAKE NOTICE that on Tuesday, August 5, 2008, at 9:30 a.m., we shall appear before Judge Matthew F. Kennelly, or any judge sitting in his stead, in Courtroom 2103 at 219 S. Dearborn, Chicago, Illinois, and present the Estate's **MOTION TO SUPPLEMENT RECORD ON APPEAL**, a copy of which is hereby served upon you.

Dated: August 1, 2008                **THE CHAPTER 7 ESTATE OF RESOURCE
                                     TECHNOLOGY CORPORATION, BY
                                     AND THROUGH JAY A. STEINBERG, NOT
                                     INDIVIDUALLY BUT SOLELY IN HIS
                                     CAPACITY AS CHAPTER 7 TRUSTEE**

                                     By:   /s Gregory E. Ostfeld
Barry A. Chatz                             James G. Richmond
George P. Apostolides                      Gregory E. Ostfeld
ARNSTEIN & LEHR, LLP                       GREENBERG TRAURIG, LLP
120 S. Riverside Plaza, Suite 1200         77 West Wacker Drive, Suite 2500
Chicago, Illinois 60606                    Chicago, Illinois 60601
(312) 876-7100                             (312) 456-8400
Fax: (312) 876-0288                        Fax: (312) 456-8435

## CERTIFICATE OF SERVICE

  I, Gregory E. Ostfeld, an attorney, hereby certify that on July 29, 2008, I electronically filed the **NOTICE OF MOTION**, **MOTION TO SUPPLEMENT RECORD ON APPEAL** and **CERTIFICATE OF SERVICE**, with the Clerk of the Court using the CM/ECF system which will send notification of such filing to:

Bruce L. Wald
Jeffrey B. Rose
Natalia K. Rzepka
Tishler & Wald, Ltd.
200 S. Wacker Dr.
Suite 3000
Chicago, Illinois 60606

            /s/ Gregory E. Ostfeld
              Gregory E. Ostfeld