## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Matthew F. Kennelly | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 4229 | **DATE** | 8/28/2008 |
| **CASE TITLE** | In Re: In Re: Resource Technology | | |

**DOCKET ENTRY TEXT**

Nunc pro Tunc 8/5/2008: Motion to consolidate for all purposes, case number 08 C 4229 with this case is granted. Clerk of Court is directed to consolidate cases. Clerk is further directed to close case 08 C 4229. No further entries are to be made to 08 C 4229.

Docketing to mail notices.

| | Courtroom Deputy Initials: | OR |
|---|---|---|